**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: NOMINATION PETITION OF ALAN KENNEDY-SHAFFER | : No. 337 MAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: ALAN KENNEDY-SHAFFER | : Order of the Commonwealth Court |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.